GENOVA & MALIN
Hampton Business Center
1136 Route 9
Wappingers Falls, New York 12590
Tele: 845-298-1600
Fax: 845-298-1265

September 6, 2016

United States Bankruptcy Court
Southern District of New York, Poughkeepsie Division
355 Main Street
Poughkeepsie, New York 12601

    **Re:**  **Stephanie Walker**
           **Chapter 13, Case No. 16-36369 (CGM)**

Dear Sir or Madam:

    The debtor hereby designates the following as her Loss Mitigation Contact Person:

GENOVA & MALIN
Attn: Andrea B. Malin, Esq.
Hampton Business Center
1136 Route 9
Wappingers Falls, New York 12590
Tele: 845-298-1600
Fax: 845-298-1265

    Thank you for your attention to this matter.

                                                               Very truly yours,

                                                                GENOVA & MALIN

                                                                /s/ Andrea B. Malin
                                                                ANDREA B. MALIN